**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| ROBERT JOSEPH FIORE, II, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-00059-SPM |
| OFFICER UNKNOWN STENTSON, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of self-represented Plaintiff's civil rights complaint under 42 U.S.C. § 1983. The complaint is defective because it has not been signed under penalty of perjury. Additionally, Plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff (1) a copy of the Court's civil complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff must file and amended complaint on the Court-provided form, including the signature page, within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of August, 2025.